IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SEAN JENKINS                                                                                           PLAINTIFF

VS.                                    Civil No. 1:12-cv-1066

DAVID NORWOOD;
JAMES BOLTON; MIKE BRAGGACCIO;
and DOUG WOODS                                                                                   DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed May 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge